IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LINDA CHAMPION                                                                                    PLAINTIFF

VS.                                           CASE NO. 05-CV-1008

HUDSON MEMORIAL NURSING HOME;
MERVIN MAST, Individually and in his
Official Capacity as Administrator; and
DEBBIE KING, Individually and in her
Official Capacity                                                                                  DEFENDANTS

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed on behalf of the Defendants, Hudson Memorial Nursing Home, Mervin Mast and Debbie King. (Doc. No. 26). The Plaintiff, Linda Champion, has filed a response. (Doc. No. 36). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **granted**. Plaintiff Linda Champion's claims against all Defendants are hereby dismissed with prejudice.

IT IS SO ORDERED, this 23rd day of January, 2007.

                                                      /s/Harry F. Barnes
                                                     Hon. Harry F. Barnes
                                                     United States District Judge